

**KEN PAXTON**

ATTORNEY GENERAL OF TEXAS

ACCEPTED
15-24-00050-cv
FIFTEENTH COURT OF APPEALS
AUSTIN, TEXAS
2/13/2025 3:57 PM
CHRISTOPHER A. PRINE
CLERK

FILED IN
15th COURT OF APPEALS
AUSTIN, TEXAS
2/13/2025 3:57:00 PM
CHRISTOPHER A. PRINE
Clerk

February 13, 2025

Christopher A. Prine, Clerk
Fifteenth Court of Appeals
P.O. Box 12852
Austin, Texas 78711
*Via e-filing*

Re:  Cause No. 15-24-00050-CV; *Texas Commission on Environmental Quality and Guadalupe-Blanco River Authority v. National Wildlife Federation*

Dear Mr. Prine,

Please let this letter serve as notice that the undersigned, Assistant Attorney General Katie B. Hobson, will argue on behalf of Appellant Texas Commission on Environmental Quality.

Respectfully submitted,

*/s/ Katie B. Hobson*
KATIE B. HOBSON
Assistant Attorney General
State Bar No. 24082680
Katie.Hobson@oag.texas.gov
Office of the Attorney General
Environmental Protection Division
P.O. Box 12548, MC-066
Austin, Texas 78711-2548
(512) 463-2012 | Fax: (512) 320-0911
*Counsel for Texas Commission on Environmental Quality*

cc: Parties of Record

# Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Laura Courtney on behalf of Katie Hobson
Bar No. 24082680
laura.courtney@oag.texas.gov
Envelope ID: 97363852
Filing Code Description: Letter
Filing Description: Oral Argument Notice of Presenting Attorney
Status as of 2/13/2025 4:22 PM CST

Associated Case Party: Guadalupe-Blanco River Authority

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Macey ReasonerStokes | | macey.stokes@bakerbotts.com | 2/13/2025 3:57:00 PM | SENT |
| Molly Cagle | 3591800 | molly.cagle@bakerbotts.com | 2/13/2025 3:57:00 PM | SENT |
| Samia Broadaway | 24088322 | samia.broadaway@bakerbotts.com | 2/13/2025 3:57:00 PM | SENT |
| John Ormiston | 24121040 | john.ormiston@bakerbotts.com | 2/13/2025 3:57:00 PM | SENT |

Associated Case Party: National Wildlife Federation

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Marisa Perales | 24002750 | marisa@txenvirolaw.com | 2/13/2025 3:57:00 PM | SENT |
| Claire Hamerlinck | | claire@txenvirolaw.com | 2/13/2025 3:57:00 PM | SENT |

Associated Case Party: Texas Commission on Environmental Quality

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Katie B.Hobson | | katie.hobson@oag.texas.gov | 2/13/2025 3:57:00 PM | SENT |

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Laura Courtney | | laura.courtney@oag.texas.gov | 2/13/2025 3:57:00 PM | SENT |
| Mahita Shankar | | mahita@txenvirolaw.com | 2/13/2025 3:57:00 PM | SENT |